# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE 7/27/2023 |
| NAME OF SERVER (PRINT) Kimberly Sharkov | TITLE Go Now Process Services (owner) PS 1808 |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: Advanta Accountancy Inc 1633 old Bayshore Hwy #280 Burlingame CA 94010 ; or

☐ Left the summons at the individual's residence or usual place of abode with (name): _____ a person of suitable age and discretion who resides there, on (date): _____ and mailed a copy to the individual's last known address; or

☐ Name of person with whom the summons and complaint were left: _____; or

☐ Returned unexecuted: _____; or

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES Process Service | TOTAL 80.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is ~~true and correct~~.

Executed on 7/27/2023
           Date

Signature of Server

Reg # PS 1808

Address of Server: 800 Arbor Rd #1 Menlo Park CA 94025