

Daniella Gordon
NJ Id. No. 39372005
T: 267.780.2017
dgordon@atllp.com

August 25, 2023

*Via ECF*
Attn: Clerk of Court
Honorable Judge Karen M. Williams
United States District Court for District of New Jersey – Camden Division

Re:   *Litepanels Ltd, et al. v. GVM Photographic Equipment, Inc.*, 1:23-cv-03599-KMW-MJS
      **Application for Clerk's Entry of Default Pursuant to Fed. R. Civ. P. 55(a)**

Dear Sir or Madam:

We represent Litepanels Ltd and Videndum Production Solutions Inc., Plaintiffs in the above-referenced action in this District Court.

Pursuant to FRCP 55(a)[1], we respectfully request that default be entered with respect to Defendant GVM Photographic Equipment, Inc., in this matter. Service was effected on July 27, 2023, as reflected in service records filed in this matter (*see* D.I. 7), and no responsive pleading has been received.

Respectfully,

*/s/ Daniella Gordon*
Daniella Gordon

---

[1] FED. R. CIV. P. 55(a) Entry. When a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend as provided by these rules and that fact is made to appear by affidavit or otherwise, the clerk shall enter the party's default.