IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| LITEPANELS, LTD., et al.,<br><br>        Plaintiffs,<br><br>   v.<br><br>CGVM PHOTOGRAPHIC EQUIPMENT INC.,<br>*trading as*<br>GVM AND GREAT VIDEO MAKER,<br><br>        Defendant. | Civil No. 23-3599-KMW-MJS |

## ORDER OF DISMISSAL

It appearing to the Court that the above case having been pending more than ninety (90) days without any proceeding having been taken therein, and the Court having received no response to the Court's August 18, 2025 Order (Dkt. No. 46),

IT IS on this **8th** day of **December, 2025,** hereby

**ORDERED** that this case be and the same hereby is **DISMISSED** in accordance with Local Rule 41.1(a), without prejudice and without costs to either party.

                                                 /s/Karen M. Williams
                                                 KAREN M. WILLIAMS
                                                 United States District Judge